**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Michelle Garner, | ) | |
| Plaintiff, | ) | Case No. 11 C 5164 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| The City of Country Club Hills, Illinois, et al., | ) | Magistrate Judge Young B. Kim |
| Defendants. | ) | |

## DEFENDANT ALDERMEN'S MOTION TO DISMISS

Defendants Steven Burris, Anthony Davis, John Edwards, Vincent Lockett, Frank Martin, Cynthia Singleton and Leon Williams (the "Defendant Aldermen"), by their Attorney John B. Murphey, move to dismiss Counts I-III of Complaint herein based on the Defendant Aldermen's absolute legislative immunity. In support of this motion, the Defendant Aldermen file their Memorandum of Law.

Attached hereto in further support of this Motion as **Exhibits 1** and **2** are true and correct copies of the City of Country Club Hills 2010-2011 Budget Ordinance (Ordinance 0-08-10) and the 2011-2012 Budget Ordinance (Ordinance 0-07-11). The Exhibit 2 Budget Ordinance is referred to by the plaintiff as the "City Council Budget." This Court may "take judicial notice of matters of public record without converting a Rule 12(b)(6) motion into a motion for summary judgment." *Adkins v. VIM Recycling, Inc.*, 644 F.3d 483 (7th Cir. 2011); *General Electric Capital Corporation v. Lease Resolution Corporation*, 128 F.3d 1074, 1080-81 (7th Cir. 1997).

                                            Steven Burris, Anthony Davis, John Edwards,
                                            Vincent Lockett, Frank Martin, Cynthia
                                            Singleton and Leon Williams

                                            By:    /s/     John B. Murphey

John B. Murphey
Rosenthal, Murphey, Coblentz & Donahue
30 N. LaSalle Street, Suite 1624
Chicago, Illinois 60602
(312) 541-1070/(312) 541-9191 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Carter A. Korey<br>Justin L. Heather<br>Elliot S. Richardson<br>Korey Cotter Heather & Richardson LLC<br>20 S. Clark Street, Suite 500<br>Chicago, Illinois 60603 | Rick L. Hammond<br>Eydie R. Glassman<br>Moyenda M. Knapp<br>Johnson & Bell, Ltd.<br>33 West Monroe, Suite 2700<br>Chicago, Illinois 60603 |

                                                     /s/    John B. Murphey
ROSENTHAL, MURPHEY, COBLENTZ & DONAHUE
Attorney for Defendant Aldermen
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax (312) 541-9191